In The United States District Court
For the Southern District of Illinois

Christopher Roy Koch
          Plaintiff
)
)
)

St. Clair Countys Sheriff Department
Richard Watson; Sheriff
Xavier Blackburn; Det
Officer John Doe I
Officer John Doe II
Officer John Doe III
Officer John Doe IV
Officer John Doe V
Officer John Doe VI
Sergent Scott
Officer Knyff
Jane Doe I Medical Staff
Sergent Moore
Officer Germaine
Jane Doe II Memorial's staff
          Defendants
)

Complaint  19-1362-JP6
Civil Action #____
Jury Trial Demanded

# I complaint

Comes now, Christopher Koch, Plantiff, Pro Se
in the above entitled cause; wherein Plaintiff
charges the St Clair County Sheriffs Department
and said Defendants with cited violations
of his constitutional rights. In support
Here of Plaintiff states as follows:

# II Parties Jurisdiction and venue

I   Plaintiff, Christopher Koch, submits that he,
at all times relevant hereto, is a U.S citezen and
resident of the state of Illinois

II   Plaintiff, Christopher Koch was confined in
the St. Clair County Jail, Located at 700
N 5th street in city of Belleville in the
state of Illinois From July 18 2019 to
November 1 2019.

III   Plaintiff further submits that at all times
relevant to the instant matter cause the
herein Listited Defendants were all U.S
Citizens, who resided in the state of
Illinois and were employed by the St.
Clair Countys Sheriffs Department. Thus
Defendants having Contravened Plaintiffs
Constitutional Rights via their specefied

IV    actions and or interactions. Perpatrated
under the color of Law, are being sued
in both their professional and personal
capacities. Said Defendants are:

Richard Watson        Xavier Blackburn
John Doe I            John Doe II
John Doe III          John Doe IV
John Doe V            John Doe VI
Officer Knyff         Sergent Scott
Jane Doe I            Sergent Moore
Officer Germaine      Jane Doe II

V     This action arises under and is brought
pursuant to 42 U.S.C Section 1983 to
remedy the deprivation, under color
of state law, of rights guarnteed
by the eighth and fourteenth Amendments
to the united states constitution. This
Action pursuant to 28 U.S.C sections
1331 and 1343

VI    The course of action arose in
the southern District of Illinois
therefore venue is proper under 28
U.S.C Section 1391



## III  Previous Lawsuits by Plaintiff

Plaintiff has Filed No other Law suits
Dealing with the same Facts involved in
in this action or otherwise relating to
his imprisonment, with any other Judicial
Body state or Federal

## IV  Exhaustion of Administrative Remedies

Plaintiff submits that he has presented
various complaints, No fewer than 3
related to his medical treatment, where
upon, No responce or relief was given.
Noting that Count I is the 4th Ammendment
issue was properly Dismissed by the
court [see attached court order]

## V  Statement of Claims

At a relevant times herein Defendants
were "persons" For purposes of 42
U.S.C Section 1983 and acted under
color of law to deprive plaintiff of
his constitutional rights as set
forth more fully below

## VI   Statement of facts

I   On July 18 2019 Det Xavier blackburn along with six unknown officers of the St Clair Countys Sheriffs Department Arrived at Plaintiffs then residence located at 410 Jerome in Cahokia Illinois, whereupon Defendants without search warrant or consent or otherwise the existence of exigent circumstances entered plaintiffs home and arrested plaintiff there by taking him into custody and Depriving him of his Freedoms, seizing Aprox three hundred and Fifty Dollars then confining him in the St Clair county Jail under the custody, care, and control and over all manangment of Defendant Richard Watson.

II   On July 22 2019 while being illegaly confined Plaintiff became embroiled in a physical Altercation with another Detainee where upon Plaintiff was rendered unconscious pursuant to having sustained head and Neck injurys

III   Plaintiff submits that the following facts Relating to his head and neck injurys are some what unclear, However what Plaintiff does Recall is as Follows



IV Plaintiff having regained consciousness equally
becomes aware of excruciating neck pain
while laying in a veritable pool of his blood
ie from the gash in his forehead wich was
A proximate cause of Plaintiff having been
beaten with a blunt object eg the confinered
Detainees [Medical] cast

V It was at this time that plaintiff was ordered
By Defendant Sergent Scott to "get up"
wherepon plaintiff responded moaning and complaining
of his neck and that he couldnt move with out
being subject to excruciating pain. However
Defendant sergent scott ignored plaintiffs
cries of pain and forced plaintiff to walk
despite plaintiffs wholly obvious bleeding
head injury, to interview room where
Defendants photographed plaintiffs still
Leaking gashed head injury

VI Once in medical Plaintiff informed Defendant
medical staff Jane Doe I of the excruciating
Pain in his neck. A fact wich Defendant Jane
Doe I totaly ignored, thus revealing her
Deliberate indifference to plaintiffs neck
injury. In fact said Defendant went so
far as to intentionaly yank plaintifs head
Right to Left while ostensibly examined
the gash in plaintiffs forehead again

adding unnessecary pain to Plaintiffs Neck. After wich she then told defendant sergent Scott that Plaintiff would Need Quite a few stitches

VII. At wich time Defendant Sergent Scott ordered Defendant officer Knyff to take plaintiff to Memorial Hospital in Belleville Illinois. Plaintiff was then taken to Booking And placed in hand cuffs and Ankle shackles then taken to the Jail Sally Port where Awaiting sheriffs squad car was waiting.

VIII It must be noted here that not only is plaintiff made to move and walk with out any sort of stabilizing Device on his Neck; But and more over there exzists the Fact that Plaintiff is positioned in the transport vehicle in a manner that is wholly inimical to the seriousness of his critical medical needs [ie with respect to Plaintiff Being well Above average height 6'4" Plaintiff is literaly craned into the back Plastic cage of a sheriffs crusier with No saftey Belt and while wearing hand and Leg restraints] Plaintiff is thus made to endure the un nerving sharp turns and Abrupt stops made by Defendant officer Knyffs. wholly improper And pain full transport of plaintiff to Memorial Hospital



IX    It must equaly be noted that upon arrival
at said hospital Plaintiff is quite painfully
removed from the transport vehicle [ie.
inre to plaintiffs moans and groans of pain]
where upon Defendant ignores and is thus
wholly indifferent to the seriousness of
plaintiffs medical needs and then tells
plaintiff stop faking

X    It is at this point Plaintiff is literally Frog
Marched (while still in Leg restraints) towards
the hospitals Emergency entrance when—
unable to hold his head erect and—For
the second time that day plaintiff Falls
unconscious and is awaken via smelling
salts by hospital staff [whereupon it is noted
that in contrast to Def's professional indiffrence, ...
(AS NOTED ABOVE) Memorial hospital staff has responded
By promptly and properly ensuring that plaintiff is
placed in the requisite neck brace before even
entering the hospital on proper stretcher]

XI.    while being examined by hospital staff
Defendant Knyff is making wholly Inappropiate
(not to mention unprofessional) comments About
Plaintiff (ie not at all taking plaintiffs medical
condition serious— e.g. intimating throughout
the entire encounter "Youre Faking"

XIII Accordingly, Plaintiff Respectfully besceechos this Hon. court to especially note the Below cited humiliating conduct wich Plaintiff is subjected to by Defendant Knyff- i.e while at hospital

A) Upon Defendant being told By Plaintiff that he has to relieve himself (i.e. BM) Defendant un Fasters hand cuff from hospital Bed to where Plaintiff can remove the top part of St clair county Orange Jumpsuit and pushing it Down to ankles where it had to remain because of Ankle shackles

B) Defendant Knyff Looks around Room and grabs small Dish used for patients to spit or vomit in, then handing it to plaintiff to relieve him self in

C) Though Defendant Knyff is positioned in side the room with Plaintiff, Defendant elects not to close or other wise secure the curtain as plaintiff relieves him self

D) Further noting Plaintiffs wholly comprimising position (i.e. with Jumpsuit Down at Ankles curtain Brazenly open) wherein

Plaintiffs Buttox and genitals are in plain
view to every one who passed the room
and happened to look inside as Far
As medical staff and civilians alike

E) Upon pulling his jumpsuit over his body
Plaintiff realises he had urniated on his
jump suit and was forced to lay in
his urine with Defendant saying he could
Not remove leg shackles while he was
only officer there Despite considering
Plaintiff was hand cuffed to hospital
Bed. Plaintiff layed in his wet jump
suit with Fumes of urine untill Knyffs
Relief arrived with a clean jump suit
hours later

XIV) The Doctor Arrives with results of
Plaintiffs M.R.I where upon it is
confirmed that Plaintiff Does indeed
have a critical injury. Plaintiff is
informed by Doctor as follows:
"You have a fracture of UR C4 vertebrea
in your neck witch potentially render
you a parapeligic" And was then
Transported to Saint Louis University
By Ambulance for Furter examination
By neurosurgeons

XV      After being released from Saint Louis
        University hospital and Returned to
        the infirmary at the St clair County
        Jail, Plaintiff was not Desperced the
        the proper medication perscribed by
        St Louis University Neurosurgeon. He
        was furthermore forced to get up From
        his healing position to walk into medical
        office Daily so medical could change
        the bandage over his stitches. After
        Repealing the painfull walk for many Days'
        Plaintiff begins refusing treatment to
        change bandage wich could of simply
        Been Brought to his infirmary bed

XVI     Subsequintly (i.e. Around Mid september 2019)
        Plaintiff is then transported by Defendants
        Sergent Moore and officer Germaine Back
        to St Louis University For Follow up. Where Upon
        if should be noted Defendants Appear to become
        overly Frustratedly irate because they been
        given the wrong Address. After finding the
        correct Address blocks away and where in
        the correct Building they again became
        lost looking for the correct Doctors office.
        And went to severl Diffrent ones causing
        more unnessecary Frustration irate comments
        By Defendants. At wich point Sergent
        Moore stated if this aint the right place we

(2

Are leaving. Thus exhibiting a indiffrence
to plaintiffs Documented medical needs

XVII  Fortunatly for Plaintiff it was the correct floor
and concomitant offices. However there
became a issue that further frustrated
the Defendants. There Nurse For Neurosurgen
was expecting Patient to have a D.V.D
From memorial hospital with M.R.I
and Cat Scan's results on it. Sergent Moore
then called the medical staff at Jail who
said they had never recieved such
Disk. Nurse then Left the room to see
what the neurosurgen wanted Done.
Officer Germain who had been texting
his girlfriend stated to Defendant Moore
he would see if she could find it since
she worked at memorial hospital. So
without going thru proper channels Defendant
Germaine continued to text back and forth
with Defendant Jane Doe II About
Plaintiffs medical Records. stating to
Defendant Sergent more "she Found it" then
commenting that technicaly he Just
violated Plaintiffs HIPAA Rights with
Defendant sergent more saying "I aint
telling anyone

~~caffepage content crossed out~~ unnessesary

**XVIII**   However upon the nurses return the parties where informed the Doctor simply ordered new x-rays to Be taken. After the Doctor examined the x-rays he removed Plaintiffs Neck Brace and said he would need physical therepy to regain full mobility of Plaintiffs head and neck. Once Doctor left the room And before the nurse returned with Doctors orders. Sergent Moore having been obviously frustrated with the whole trip Elects to End it with out recieving such orders From Doc As Defendants Lead Plaintiff From Doctors office Plaintiff asks arent we supposed to wait for the orders with Defendant Sergent Moore commeting "Im not worried about them" and officer Germain adding "Yea. Your walking aint ya?"

**XIV**   Plaintiff never recieved physical therepy and submited grievence at Jail with no Responce. He still has not regained the same use of his neck as he had before the injury causing chronic pain and many sleepless nights

**XX**   On October 16 2019 A suppression Hearing was held at St Clair County court house over the warrantless entry of plaints home in the Hon.

14

Zina R. Cruse's court Room. Prosecution was given till November 1st 2019 to produce Argument

XXI November 1 2019 Prosecution Declared No Argument will be Filed. All Evidence was suppressed and warrantless entry to plaintiff's home was ruled unconstitutional. Plaintiff was released from said charges (See Attached court Ruling)

Accordingly Plaintiff submits that pursuant to the foregoing Facts i.e. that he charges Defendants with having contravened his united States Constitutional rights via the following counts

## COUNT I

Arresting officers i.e Det Blackburn and John Does 1-6  Are Hereby charged with the contravenitial of Plaintiffs constitutional rights to be free from illegal search and seizure(i.e. of his home and person respectfully) All of wich resulted in plaintiffs improper and illegal confinement at Defendants Saint Clair County Jail The facts of wich are more fully set forth in suporting paragraph #1

L5

## COUNT II

Count II is also being lodged Against Defendant
Blackburn and John Does 1-6 For illegal
and improper confiscation of Plaintiffs U.S
currancy (Approx $350)

## Count III

Plaintiff submits For his third count that Saint
Clair Countys sheriff Richard Watson and Sergent
scott are hereby charged with contraventional
of Plaintiff constitutional Rights to Equal Protection,
wherein Defendants Richard Watson and Sergent
scott via the promulgational of improper protocol
Procedures and Daily practices failed to ensure
that plaintiff was properly protected From bodily
harm from other pretrial Detainees thus resulting
in plaintiffs having sustained a critical neck
Fracture

## COUNT IV

Plaintff submits that this particular count is lodged
Against Defendants Jane Doe I Sergent Scott
sergent Moore officer Knyff officer Germain
Sheriff Richard Watson and the Saint clair County
Jail For having engaged in conduct wich served
to Evidence their Deliberate indifference to the
over all seriousness of Plaintiffs medical needs
Here by resulting in the violation of plaintiffs
constitutional rights protecting him From cruel
and unusual punishment and Not providing



with proper and Adequate Medical Care

### COUNT V

Plaintiff submits that the instant matter count is lodged Against Defendants Jane Doe II and officer Germaine for their violation of the Hippa statute. Hereby equally resulting in the contravention of plaintiffs rights confidentiality inRE his medical files as guaranteed by the United States constitution.

### VII Statement of Relief

   Wherefore for the foregoing premises Plaintiff prays that this hon. court issue a order granting Plaintiff relieff as follows

   Trial by Jury on all trieble issues

   Both compensatory and punitive Damages in the form of monetary relief

   Injuctive relief pursuant to rule 65 (FRCP) Directing that an order of replevin be issued Against Plaintiffs arresting officers for the prompt return of Plaintiffs money wich was taken as evidence. see Attached court Ruling Suppressing evidence

※ NOTE:
   SEE NEXT Pg @ TOP

17

## Note

The Latter specifically relates to Defendants continued willful and varied Exihibition of Deliberate indifference [conduct] all of wich was Exacerbated by Defendants willfull and intentional inteferance of plaintiffs overall medical treatment thus warranting the harsh imposition of punitive Damages the specefied Amount to later be determined i.e. subsequet to the completiav of Discovery Procedings and any necessary Amended complaint.

Signed this 10th Day of December 2019

I Christopher Roy Koch declare under Penalty of Perjury that the Foregoing is Both true and correct

Christopher Roy Koch

Christopher Roy Koch

12-10-19

4395

### State of Illinois
## IN THE TWENTIETH JUDICIAL CIRCUIT, ST. CLAIR COUNTY, BELLEVILLE, ILLINOIS

PEOPLE OF THE STATE

vs.

No. 19 CF 1104

Koch, Christopher R.

Defendant



FILED
ST. CLAIR COUNTY

NOV 0 1 2019

55                    CIRCUIT CLERK

### ORDER

This cause coming before the Court; the Court being fully advised in the premises and having jurisdiction of the subject matter; Defendant appeared on 10-16-19 with Counsel (Craig) and State appeared

The Court finds: On the Motion to Suppress, the ~~for~~ State was given leave to file additional argument + defense to respond; State announces no argument will be filed;

IT IS THEREFORE ORDERED:

1. The Motion to Suppress is granted; the evidence obtained + statements obtained are inadmissable.
2. The warrantless entry and subsequent search and seizure was unconstitutional.
3. Defendant is released on $25,000°° recognizance (release instanter)
4. Case is set 12-9-19, 8:45am. Ctrm 409

_____
Judge

JAIL ↙



Christopher Koch
St Clair County Jail
Belleville IL 62220

Legal
MAIL

FEDERAL Building
Office of the Clerk
Southern Illinois District
750 Missouri Ave
EAST SAINT Louis, IL
62201

RECEIVED

DEC 1 6 2019

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE